**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                        19 **CIVIL** 4690 (AT)

    -against-                              **JUDGMENT**

INTERGRATED BUSINESS INSTALLATIONS,
LLC,
                Respondent.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2020, the petition to confirm the Award is granted; judgment is entered against Respondent in the amount of $13,378.98; accordingly, the case is closed.

**Dated:**  New York, New York
          March 9, 2020

                                                  RUBY J. KRAJICK
                                                   Clerk of Court
                                     BY:
                                                     Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/9/2020